KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
JILL M. THAYER
Deputy Attorney General
ALLEN R. CROWN
Deputy Attorney General
State Bar No. 56818
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5847
  Fax: (415) 703-1234
  E-mail: Allen.Crown@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ARMAND JOSEPH TIANO,**<br><br>                    Petitioner,<br><br>     v.<br><br>**RANDY GROUNDS, Warden,**<br><br>                    Respondent. | C 11-05011 CW (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

IT IS HEREBY ORDERED that respondent is granted leave to file a memorandum of points and authorities in support of respondent's answer to order to show cause that is 35 pages in length.

Dated: 5/14/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

SF2012400898
20572709.doc

1