1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JILL M. THAYER
   Deputy Attorney General
5  ALLEN R. CROWN
   Deputy Attorney General
6  State Bar No. 56818
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone: (415) 703-5847
8   Fax: (415) 703-1234
    E-mail: Allen.Crown@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ARMAND JOSEPH TIANO,** | C 11-05011 CW (PR) |
| Petitioner, | [PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES |
| v. | |
| **RANDY GROUNDS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that respondent is granted leave to file a memorandum of points and authorities in support of respondent's answer to order to show cause that is 35 pages in length.

Dated: 5/14/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

SF2012400898
20572709.doc

1