UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND JOSEPH TIANO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　Respondent. | Case No.  11-5011 JST (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Petitioner, a prisoner at California Institute for Men proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 29, 2012, mail sent to petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable and "Unable to Forward."  (See Docket No. 8.)  As of the date of this order, petitioner has not updated his address with the Court or submitted any further pleadings in this case.

　　　　Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

　　　　More than sixty days have passed since the mail directed to petitioner by the Court was returned as undeliverable.  The Court has not received a notice from petitioner of a new address.

Accordingly, the instant habeas action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED**.

Dated: May 9, 2013


JON S. TIGAR
United States District Judge